IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| YUSIF ISMAIL-KHALID, | : | |
| Plaintiff | : | |
| VS. | : | 1 : 03-CV-154 (WLS) |
| DR. ALSTON, et al., | : | |
| Defendants. | : | |

**ORDER**

Presently pending in this § 1983 action is the plaintiff's "Motion for Discovery For Don-Joy Knee Brace", in which he apparently seeks the return of his personal knee brace. Plaintiff maintains that his personal knee brace was removed by medical officials upon his transfer from Rutledge State Prison and has not been returned to him.

Plaintiff's "motion" presents no issues of discovery for the court's review and is accordingly **DENIED**. To the extent that the plaintiff seeks to recover his knee brace as part of the claims underlying this lawsuit, plaintiff's claims will be addressed by means of properly filed dispositive motions and/or setting this matter for trial.

**SO ORDERED**, this 10th day of June, 2005.

/s/ *Richard L. Hodge*
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE

asb